IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT CRAWFORD, et al. )
)
v. ) NO. 3-10-0628
) JUDGE CAMPBELL
PACE INDUSTRY UNION )
MANAGEMENT PENSION FUND, )
 et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 59), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 30) and Plaintiffs' Motion for Summary Judgment (Docket No. 37) are DENIED as moot, and the parties are granted leave to file appropriate Motions with regard to the Amended Complaint.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE