UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**ROBERT CRAWFORD, et al.** )
)
v. ) Civil Action No. 3:10-0628
)
**PACE Industry Union-Management** )
**Pension Fund (PIUMPF) of** )
**Nashville, Tennessee, et al.** )

## O R D E R

A Case Management Conference is set for **June 19, 2014, at 10:00 a.m.** by telephone. Counsel for the plaintiff shall initiate the conference call to the Court at 615-736-7344. If necessary, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge