IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT CRAWFORD and JOSEPH SHORETTE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CASE NO. 3:10-0628<br>) JUDGE SHARP/KNOWLES<br>)<br>) |
| PACE Industry Union-Management Pension Fund (PIUMPF) of Nashville, Tennessee, | )<br>)<br>)<br>) |
| Defendant. | ) |

**ORDER**

The Court held a telephone Case Management Conference with counsel for the parties on June 1, 2014. The parties had previously submitted a "Joint Proposed Case Management Order." Docket No. 147.

The following deadlines are established for the progression of this action:

1. The discovery cutoff deadline is November 3, 2014.

2. The deadline for filing discovery-related Motions is November 10, 2014.

3. The dispositive Motion deadline is December 3, 2014.

4. The final Pretrial Conference is set for March 30, 2015, at 2:00 p.m.

5. This case is set for trial on April 21, 2015, at 9:00 a.m. before the Honorable Kevin H. Sharp (Non-Jury).

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge